# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**STEVEN M. HAMMOCK, JR.,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D18-1739

[February 7, 2019]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Nineteenth Judicial Circuit, Indian River County; Cynthia L. Cox, Judge; L.T. Case No. 312014CF000328A.

Carey Haughwout, Public Defender, and Logan T. Mohs, Assistant Public Defender, West Palm Beach, for appellant.

No brief filed for appellee.

PER CURIAM.

*Affirmed.*

MAY, LEVINE and CONNER, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***